UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  10-cr-00454-WYD

UNITED STATES OF AMERICA,

     Plaintiff,

v.

6.  XALLIER PATTERSON,

     Defendant.

---

## MINUTE ORDER

---

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

     Defendant Xallier Patterson filed a Notice of Disposition [ECF No. 135] in the above matter on March 5, 2011.  A Change of Plea hearing is set for **Thursday, April 21, 2011 at 9:00 A.M.**

     **Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than 72 HOURS before the hearing date.**  If the documents are not timely submitted, the hearing will be **VACATED**.  There will be no exceptions to this policy, and sanctions may be imposed for failure to comply.

     Dated:  March 7, 2011