UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  10-cr-00454-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

6.  XALLIER PATTERSON, et al.,

      Defendants.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

      A Change of Plea hearing is set for **Monday, May 9, 2011 at 9:00 a.m.  Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than <u>72 HOURS</u> before the hearing date.  There will be no exceptions to this policy, and sanctions may be imposed for failure to comply.**

      Dated:  April 21, 2011.